1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff FERNANDO RUBIO

6  J. David Petrie, SBN 096017
   PETRIE, DORFMEIER & MORRIS, LLP
7  2014 Tulare Street, Suite 830
   Fresno, California 93721
8  Telephone:  (559) 498-6522
   Facsimile:   (559) 498-6516
9
   Attorneys for Defendant WELDON BYRAM
10
11 MARÍA G. DÍAZ, SBN 220087
   THE DÍAZ LAW FIRM
12 2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
13 (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
14
15 Attorney for Defendant, PARLIER COSTLESS, INC.
   dba SUPER MERCADO LAS PALMAS
16

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>              Plaintiff,<br><br>     vs.<br><br>PARLIER COSTLESS, INC. dba MERCADO LAS PALMAS, WELDON BYRAM,<br><br>              Defendants. | Case No.:  1:11-cv-02078-LJO-SMS<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE TO FACILITATE SETTLEMENT EFFORTS**<br><br>**ORDER**<br>**(Doc. 17)** |

//

1    **WHEREAS**, Plaintiff Fernando Rubio ("Plaintiff") and Defendants Parlier Costless,
2    Inc. dba Mercado Las Palmas and Weldon Byram ("Defendants," and together with Plaintiff,
3    the "Parties"), by and through their attorneys of record, participated in a scheduling conference
4    on April 17, 2012 wherein the Parties agreed to continue the conference to permit them to
5    participate in a joint site inspection of the subject property;

6    **WHEREAS**, the Court accordingly continued the scheduling conference to July 17,
7    2012;

8    **WHEREAS**, the Parties were unable to schedule a date by which all counsel were
9    available prior to the July 17, 2012 conference, but have set a date for the inspection of August
10   24, 2012 at 10:00 a.m.;

11   **WHEREAS**, the Parties desire to conserve the resources of the Court as well as the
12   Parties' attorney fees and costs which would be expended preparing for and attending the
13   conference when the site inspection may facilitate a settlement of this matter;

14   **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, by and through their
15   respective attorneys, that the scheduling conference currently set for July 17, 2012 be continued
16   to a date after October 1, 2012 at the Court's convenience in order to afford the Parties an
17   opportunity to conduct the site inspection, receive and evaluate the accessibility surveys, and
18   explore settlement.

19   **THE PARTIES FURTHER STIPULATE** that the site inspection shall take place on
20   August 24, 2012 at 10:00 a.m. at Super Mercado Las Palmas, located at 553 South Newmark
21   Avenue, Parlier, California.

22   Dated: June 12, 2012                      MOORE LAW FIRM, P.C.

                                               /s/ Tanya E. Moore
                                               Tanya E. Moore
                                               Attorneys for Plaintiff Fernando Rubio

26   ///
27   //
28   /

PETRIE, DORFMEIER & MORRIS, LLP


/s/ J. David Petrie
J. David Petrie
Attorneys for Defendant Weldon Byram

THE DIAZ LAW FIRM


/s/ Maria G. Diaz
Maria G. Diaz
Attorneys for Defendant Parlier Costless, Inc.
dba Super Mercado Las Palmas


*******
## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the scheduling conference is continued from July 17, 2012 at 10:00 a.m. before Judge Snyder to October 3, 2012 at 10:00 a.m. before Judge Snyder. An Amended Joint Scheduling Report (Doc. 14) shall be e-filed by September 26, 2012.

**IT IS FURTHER ORDERED** that the Parties, through their attorneys, utilize all best efforts to participate in a joint site inspection of the subject property on August 24, 2012 at 10:00 a.m. at Super Mercado Las Palmas, 553 S. Newmark Avenue, Parlier, CA.

IT IS SO ORDERED.

Dated:   **June 12, 2012**               **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE