K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff FERNANDO RUBIO

J. David Petrie, SBN 096017
PETRIE, DORFMEIER & MORRIS, LLP
2014 Tulare Street, Suite 830
Fresno, California 93721
Telephone:  (559) 498-6522
Facsimile:   (559) 498-6516

Attorneys for Defendant WELDON BYRAM

MARÍA G. DÍAZ, SBN 220087
THE DÍAZ LAW FIRM
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, PARLIER COSTLESS, INC.
dba SUPER MERCADO LAS PALMAS

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PARLIER COSTLESS, INC. dba MERCADO LAS PALMAS, WELDON BYRAM,<br><br>　　　　Defendants. | Case No.:  1:11-cv-02078-LJO-SMS<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE TO FACILITATE SETTLEMENT EFFORTS**<br><br>**ORDER**<br>**(Doc. 17)** |

//

**WHEREAS**, Plaintiff Fernando Rubio ("Plaintiff") and Defendants Parlier Costless, Inc. dba Mercado Las Palmas and Weldon Byram ("Defendants," and together with Plaintiff, the "Parties"), by and through their attorneys of record, participated in a scheduling conference on April 17, 2012 wherein the Parties agreed to continue the conference to permit them to participate in a joint site inspection of the subject property;

**WHEREAS**, the Court accordingly continued the scheduling conference to July 17, 2012;

**WHEREAS**, the Parties were unable to schedule a date by which all counsel were available prior to the July 17, 2012 conference, but have set a date for the inspection of August 24, 2012 at 10:00 a.m.;

**WHEREAS**, the Parties desire to conserve the resources of the Court as well as the Parties' attorney fees and costs which would be expended preparing for and attending the conference when the site inspection may facilitate a settlement of this matter;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, by and through their respective attorneys, that the scheduling conference currently set for July 17, 2012 be continued to a date after October 1, 2012 at the Court's convenience in order to afford the Parties an opportunity to conduct the site inspection, receive and evaluate the accessibility surveys, and explore settlement.

**THE PARTIES FURTHER STIPULATE** that the site inspection shall take place on August 24, 2012 at 10:00 a.m. at Super Mercado Las Palmas, located at 553 South Newmark Avenue, Parlier, California.

Dated: June 12, 2012                    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Fernando Rubio

///
//
/

Case 1:11-cv-02078-LJO-SMS   Document 18   Filed 06/13/12   Page 3 of 3

PETRIE, DORFMEIER & MORRIS, LLP


/s/ J. David Petrie
J. David Petrie
Attorneys for Defendant Weldon Byram

THE DIAZ LAW FIRM


/s/ Maria G. Diaz
Maria G. Diaz
Attorneys for Defendant Parlier Costless, Inc.
dba Super Mercado Las Palmas


*******
## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the scheduling conference is continued from July 17, 2012 at 10:00 a.m. before Judge Snyder to October 3, 2012 at 10:00 a.m. before Judge Snyder. An Amended Joint Scheduling Report (Doc. 14) shall be e-filed by September 26, 2012.

**IT IS FURTHER ORDERED** that the Parties, through their attorneys, utilize all best efforts to participate in a joint site inspection of the subject property on August 24, 2012 at 10:00 a.m. at Super Mercado Las Palmas, 553 S. Newmark Avenue, Parlier, CA.

IT IS SO ORDERED.

Dated:   **June 12, 2012**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE