K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PARLIER COSTLESS, INC. dba MERCADO LAS PALMAS, WELDON BYRAM,<br><br>　　　　Defendants. | No.  1:11-CV-02078-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendants Parlier Costless, Inc. dba Super Mercado Las Palmas and Weldon Byram, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  All parties agree to bear their own attorneys' fees and costs.

Date: July 24, 2012　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Fernando Rubio

*Rubio v. Parlier Costless, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

Date: July 24, 2012                                   PETRIE, DORFMEIER & MORRIS, LLP


<u>/s/ J. David Petrie</u>
J. David Petrie
Attorneys for Defendant Weldon Byram


THE DIAZ LAW FIRM


<u>/s/ Maria G. Diaz</u>
Maria G. Diaz
Attorneys for Defendant Parlier Costless, Inc.
dba Super Mercado Las Palmas


**<u>ORDER</u>**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **July 24, 2012**                    **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

*Rubio v. Parlier Costless, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2