1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email: tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   Fernando Rubio

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 FERNANDO RUBIO,                            ) No. 1:11-CV-02078-LJO-SMS
                                              )
12          Plaintiff,                        ) **STIPULATION FOR DISMISSAL OF**
                                              ) **ACTION; ORDER**
13      vs.                                   )
                                              )
14 PARLIER COSTLESS, INC. dba MERCADO )
   LAS PALMAS, WELDON BYRAM,                  )
15                                            )
                                              )
16          Defendants.                       )
                                              )
17 _____ )

18

19     IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and

20 Defendants Parlier Costless, Inc. dba Super Mercado Las Palmas and Weldon Byram, the

21 parties to this action, by and through their respective counsel, that pursuant to Federal Rule of

22 Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

23 entirety. All parties agree to bear their own attorneys' fees and costs.

24 Date: July 24, 2012                        MOORE LAW FIRM, P.C.

25

26

27                                            /s/Tanya E. Moore
                                              Tanya E. Moore
28                                            Attorney for Plaintiff Fernando Rubio

*Rubio v. Parlier Costless, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

Date: July 24, 2012                    PETRIE, DORFMEIER & MORRIS, LLP


                                       /s/ J. David Petrie
                                       J. David Petrie
                                       Attorneys for Defendant Weldon Byram


                                       THE DIAZ LAW FIRM


                                       /s/ Maria G. Diaz
                                       Maria G. Diaz
                                       Attorneys for Defendant Parlier Costless, Inc.
                                       dba Super Mercado Las Palmas


**ORDER**

   The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **July 24, 2012**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

*Rubio v. Parlier Costless, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2